IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| RICHARD MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-112 |
| | ) | |
| SHERIFF EUGENE BRANTLEY; CAPTAIN DANIELS; CAPTAIN HARRELL; LIEUTENANT JENKINS; SERGEANT SEYMORE; LIEUTENANT COWELL; CORPORAL KUNTZ; CORPORAL GIST; CORPORAL ELLISON; DEPUTY PRESCOTT; DEPUTY THOMAS; DEPUTY GOBEE; DEPUTY KING; DEPUTY LEE; DEPUTY BRINSON; DEPUTY BLASTINGGAME; DEPUTY MCDANIELS; DEPUTY GILMORE; DEPUTY STEPHENS; DEPUTY SEARS; DEPUTY DAGGETT; DEPUTY GRAHAM; INVESTIGATOR GRAHAM; INVESTIGATOR BROWN; DEPUTY PERISH; DEPUTY CARLEE; DEPUTY TRAVIS; DEPUTY SERINOID; DEPUTY BUSBY; and DEPUTY BURTON, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _____ day of September, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA